UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANSHON M. HILL,<br><br>　　　　Defendant. | CASE NO.<br><br>JUDGE<br><br><u>INDICTMENT</u><br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8)<br><br>FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**(Possession of Firearm by a Person Previously Convicted of a Felony)**

　　1.　　On or about February 1, 2023, in the Southern District of Ohio, the defendant, **ANSHON M. HILL,** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Ruger Five Seven, 5.7mm firearm, serial number 641-31784, said firearm having been shipped and transported in interstate commerce.

　　**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## FORFEITURE ALLEGATION

2. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3. Upon conviction of the offense alleged in this Indictment, the defendant, **ANSHON M. HILL**, shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms, and any related ammunition, involved in or used in such offense, including, but not limited to, the following:

    a. A Ruger Five Seven, 5.7mm firearm, bearing serial number 641-31784, and
    b. Approximately twenty rounds of 5.7mm ammunition.

**Forfeiture in accordance with 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL

s/ Grand Jury Foreperson
**FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**


s/ Brenda S. Shoemaker
**BRENDA S. SHOEMAKER, (0041411)**
Assistant United States Attorney